```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        OCT 22 2021

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D'ANDRE MARKELL BROWN,<br><br>Defendant. | Case No. 2:21-mj-00385-VCF<br><br>ORDER |

## ORDER

IT IS THEREFORE ORDERED that the bench trial currently scheduled on October 27, 2021, at 9:00 a.m., be vacated and continued to January 5, 2022 at the hour of 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 22nd day of October 21, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3