UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00385-VCF |
| Plaintiff, | ORDER |
| v. | |
| D'ANDRE MARKELL BROWN, | |
| Defendant. | |

**ORDER**

IT IS THEREFORE ORDERED that defendant D'ANDRE MARKELL BROWN must pay the fine on or before October 3, 2022. A status check is scheduled for October 13, 2022 at 1:30 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 2nd day of August 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3