# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00385-VCF |
| Plaintiff, | ORDER |
| v. | |
| D'ANDRE MARKELL BROWN, | |
| Defendant. | |

## ORDER

IT IS THEREFORE ORDERED that the status check currently scheduled for Thursday, October 13, 2022 at 1:30 p.m., be vacated and continued to December 22, 2022 at the hour of 1:30 p.m.

DATED this 13 day of October 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3